IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHESTER WEBB,

    Plaintiff,

v.                                                                                                                     4:12cv308-WS

DUANE SPEARS, et al.,

    Defendants.

---

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 60) docketed February 19, 2015.  The magistrate judge recommends that six of the defendants in this case—David Williams, James Blackwood, Renatta Taylor-Jones, Nancy Sullivan, Sharon Pyke, and Richard Lukens—be dismissed. The plaintiff has filed objections (doc. 62) to the report and recommendation.

The court having reviewed the record in light of the plaintiff's objections, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 60) is hereby ADOPTED and incorporated by reference in this order.

2.  David Williams, James Blackwood, Renatta Taylor-Jones, Nancy Sullivan, Sharon Pyke, and Richard Lukens are DISMISSED from this action.

3.  The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   16th   day of   March  , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE